IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :

      v.           :           MAGISTRATE NO. 23-528

CERTAIN PERSON           :

## ORDER

AND NOW, this 14th day of March 2023, upon application of the United States

Attorney that the complaint, warrant, and affidavit, and corresponding docket entries in the

within criminal proceeding be impounded, said motion is hereby GRANTED and it is

ORDERED

that the complaint, warrant, and affidavit, and corresponding docket entries, in the above-

mentioned case are hereby IMPOUNDED and to be retained in the custody of the Clerk of

Court, except that the Clerk of Court is authorized to provide two certified copies of the warrant

to the United States Marshals Service and the FBI.  The Clerk of Court is directed to make no

public docket entry of the sealed documents and motion and order to seal, and to provide copies

of all sealed documents only to Jacqueline C. Romero, United States Attorney, or the designated

Assistant United States Attorney.

IT IS FURTHER ORDERED THAT the complaint, warrant, and affidavit, and

corresponding docket entries, shall be unimpounded immediately upon notification by the United

Attorney, or the designated Assistant United States Attorney, or upon further order of the

Court.


BY THE COURT:


/s/ *The Honorable Richard A. Lloret*

HON. RICHARD A. LLORET
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

    v.                                                   :          MAGISTRATE NO. 23-528

CERTAIN PERSON                        :


### MOTION TO IMPOUND COMPLAINT AND WARRANT

The United States of America, by and through its attorneys, Jacqueline C. Romero,

United States Attorney in and for the Eastern District of Pennsylvania, moves that the

complaint, warrant, and affidavit, and corresponding docket entries in the within criminal

proceeding be impounded, and, in support thereof, alleges that if the existence and content of

these documents are made public prior to the arrest of the defendant there is the risk that the

safety of victim/witnesses may be jeopardized, that the ongoing investigation may be

compromised, and that the defendant will flee, thereby hindering the execution of the arrest

warrant.

WHEREFORE, the government respectfully requests that this Court enter an

order directing that the complaint, warrant, and affidavit, and corresponding docket entries, in

the above-mentioned case be IMPOUNDED and be retained in the custody of the Clerk of

Court, except for the two certified copies of the warrant to be provided to the United States

Marshal's Service and the FBI.  The government further requests that the Clerk of Court be

directed to make no public docket entry of the sealed documents and motion and order to seal,

and to provide copies of all sealed documents only to Jacqueline C. Romero, United States

Attorney, or the designated Assistant United States Attorney.  The government further requests

that, immediately upon notification by the United States Attorney, or the designated Assistant

United States Attorney, or upon further order of the Court, the complaint, warrant, and affidavit, and

corresponding docket entries, be unimpounded by the Clerk of Court.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

*/s/ Jacqueline C. Romero/RJL*

Jacqueline C. Romero
United States Attorney