

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Robert J. Livermore*
*Direct Dial: (215) 861-8464*
*Facsimile: (215) 861- 8618*
*E-mail Address:  robert.j.livermore@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

March 14, 2023

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:   <u>*United States v. Minh Quoc Nguyen*</u>
            <u>*Mag No. 23-mj-528*</u>

Dear Clerk:

    Please unimpound the Complaint & Warrant in regard to the above-captioned case.  The Complaint & Warrant was filed on March 14, 2023.

                                 Very truly yours,

                                 JACQUELINE C. ROMERO
                                 United States Attorney


                               */s Robert J. Livermore*
                               Robert J. Livermore
                               Assistant United States Attorney